STATE OF NEW JERSEY, EX REL. WILLIAM L. VANDER-
HOFF, RELATOR, v. JOHN G. SCOTT, BUILDING INSPEC-
TOR OF THE CITY OF EAST ORANGE, AND THE CITY
OF EAST ORANGE, RESPONDENTS.

Submitted October 16, 1926—Decided January 28, 1927.

**Zoning—Stores and Apartments in Restricted Territory—Case
Within Ignaciunas v. Nutley.**

On alternative writ of *mandamus*.

Before GUMMERE, CHIEF JUSTICE, and Justices TREN-
CHARD and MINTURN.

For the relator, *William Tyacke*.

For the respondents, *Walter C. Ellis*.

PER CURIAM.

The relator sought a building permit. He obtained an
alternate writ of *mandamus*. There was a return to the writ
and a demurrer to the return.

It thus appears that the relator desired to erect a two-
story brick structure containing stores on the first floor and
living apartments on the second floor, on the northerly side
on Ninth avenue, in the city of East Orange, and that the
sole reason for denying the permit was that the land in ques-
tion, by a zoning ordinance, was limited to residential pur-
poses, and a commercial store was prohibited thereby.

We think the case is controlled squarely by the decision in
*State* v. *Nutley*, 99 *N. J. L.* 389. A peremptory writ of
*mandamus* will issue.